CALVIN E. DAVIS (SBN: 101640)
cdavis@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

PHILLIP K. WANG (SBN: 186712)
pwang@gordonrees.com
MORGAN V. ANDREWS (SBN: 237680)
mandrews@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiffs
CENTURY 21 REAL ESTATE LLC

FILED

JUN 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAKHAWAT JAFFERY, aka JEFF SAKS, individually and doing business as CENTURY 21 SAKS TEAM and/or CENTURY 21 TODAY REALTY,<br><br>Defendant. | CASE NO. C 07 3154 EMC<br><br>**CERTIFICATE AND NOTICE OF INTERESTED PARTIES**<br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

- 1 -

CERTIFICATE AND NOTICE OF INTERESTED PARTIES                                    CASE NO. ____

1  proceeding. or (ii) have a non-financial interest in that subject matter or in a party that could be
2  substantially affected by the outcome of this proceeding:

| **PARTY** | **CONNECTION** |
|---|---|
| Realogy Corporation | Parent corporation of Plaintiff |

Dated: June 14, 2007

GORDON & REES LLP

By: _____
PHILLIP K. WANG
MORGAN V. ANDREWS
Attorneys for Plaintiffs
CENTURY 21 REAL ESTATE LLC

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

- 2 -

CERTIFICATE AND NOTICE OF INTERESTED PARTIES                    CASE NO. _____