UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE, LLC

Plaintiff(s),

v.

SAKHAWAT JAFFERY, aka JEFF SAKS, individually and doing business as CENTURY 21 SAKS TEAM and/or CENTURY 21
Defendant(s).

No. C 07 3154 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 10, 2007

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")