1  CALVIN E. DAVIS (SBN: 101640)
   cdavis@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA  90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  CONSTANTINE M. PANAGOTACOS (SBN 238557)
   cpanagotacos@gordonrees.com
6  GORDON & REES LLP
   275 Battery Street, Suite 2000
7  San Francisco, CA  94111
   Telephone: (415) 986-5900
8  Facsimile: (415) 986-8054

9  Attorneys for Plaintiffs
   CENTURY 21 REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SAKHAWAT JAFFREY, aka JEFF SAKS, individually and doing business as CENTURY 21 SAKS TEAM and/or CENTURY 21 TODAY REALTY,<br><br>Defendant. | CASE NO. C 07 3154 EMC<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY**<br><br>Complaint Filed: June 14, 2007 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Calvin E. Davis and Constantine M. Panagotacos are now the handling attorneys at Gordon & Rees LLP (located in Los Angeles and San Francisco, respectively) in the above-captioned matter on behalf of Plaintiffs CENTURY 21 REAL ESTATE LLC. Therefore, please remove Morgan V. Andrews and Phillip K. Wang from your files and address all future court notices, pleadings, discovery and/or correspondence as follows:

1
2
3
4
CALVIN E. DAVIS (SBN: 101640)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
cdavis@gordonrees.com

5  and

6
7
8
9
CONSTANTINE M. PANAGOTACOS (SBN 238557)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
cpanagotacos@gordonrees.com

10

11  Dated: September _10_, 2007          GORDON & REES LLP

12
13                                       By: _____
14                                       CONSTANTINE M. PANAGOTACOS
                                         Attorneys for Plaintiffs
15                                       CENTURY 21 REAL ESTATE LLC

16
17
18
19
20
21
22
23
24
25
26
27
28

*Side margin:* Gordon & Rees LLP, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071

- 2 -

NOTICE OF CHANGE OF HANDLING ATTORNEY                    CASE NO. C 07 3154 EMC