**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**September 12, 2007**

CASE NUMBER:  CV 07-03154 EMC  
CASE TITLE:  CENTURY 21 REAL ESTATE-v-SAKHAWAT JAFFERY

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/12/07

FOR THE EXECUTIVE COMMITTEE:

_____  
            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects  
Log Book Noted                             Entered in Computer 09/12/07 MAB


CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                    Transferor CSA