IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY 21 REAL ESTATE,                                    No. C 07-03154SI

       Plaintiff,                                                        **NOTICE**

  v.

SAKHAWAT JAFFERY,

       Defendant.
                                            /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 12, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: October 5, 2007                                                 RICHARD W. WIEKING, Clerk

 

                                                 Tracy Sutton
                                                 Deputy Clerk

**United States District Court**
For the Northern District of California