1  CALVIN E. DAVIS (SBN: 101640)
   cdavis@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  CONSTANTINE M. PANAGOTACOS (SBN: 238557)
   cpanagotacos@gordonrees.com
6  GORDON & REES LLP
   275 Battery Street, Suite 2000
7  San Francisco, CA 94111
   Telephone: (415) 986-5900
8  Facsimile: (415) 986-8054

9  Attorneys for Plaintiffs
   CENTURY 21 REAL ESTATE LLC

10

11              UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13  CENTURY 21 REAL ESTATE LLC, a limited      )  CASE NO. CV-07-03154 SI
    liability company, formerly known as       )
14                                             )  **STIPULATION TO CONTINUE CASE**
    CENTURY 21 REAL ESTATE                     )  **MANAGEMENT CONFERENCE AND**
15  CORPORATION, a Delaware corporation,       )  **[PROPOSED] ORDER**
                                               )
16                Plaintiffs,                  )
                                               )
17          vs.                                )
                                               )
18  SAKHAWAT JAFFREY, individually and         )
    doing business as CENTURY 21 TODAY         )
19  REALTY,                                    )
                                               )
20                Defendant.

21

22

23       THE PARTIES IN THIS ACTION, hereby stipulate that the case management

24  conference in this matter, currently scheduled for October 12, 2007 at 2:00 p.m., should be

25  continued a minimum of 45 days to afford the parties sufficient time to assess and evaluate this

26  matter prior to the initial case management conference.

27       WHEREAS, the complaint in this matter was filed with the court on June 14, 2007,

28  however, the complaint was only recently (September 20, 2007) served on the defendant, Mr.

RLGY/1046049150000/ 1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1   Jaffrey Sakhawat, due to the fact that settlement negotiations were in place at the time.

2       WHEREAS plaintiff, upon request of the defendant, and in acknowedlegment that the

3   defendant is representing himself pro per, has granted an extension to the defendant of until

4   October 31, 2007, to respond to the Complaint.

5       THE PARTIES further stipulate that meaningful settlement discussions are ongoing in an

6   effort to bring about a resolution to this matter.

7       WHERAS a continuance is necessary given that the defendant has been appearing *in pro*

8   *per* and seeks additional time to find the assistance of an attorney and prepare for this case.

9       Accordingly, THE PARTIES hereby stipulate that the joint case management statement is

10  due on _____ (one week before the CMC).

11

12  Dated: October _10_, 2007              By:_____
                                              Constantine M. Panagotacos
13                                          Attorneys for Plaintiff
                                            CENTURY 21 REAL ESTATE, LLC
14

15  Dated: October _9_, 2007               By:_____
                                              Defendant
16                                          SAKHAWAT JAFFREY

17

18                                **ORDER**

19          PURSUANT TO STIPULATION, IT IS SO ORDERED

20                                                          11/30/07
        The Initial Case Management Conference is continued to _____,
21

22  2007;                                     11/21/07
        Case Management Statements shall be due _____, 2007.
23

24  Dated:  October __, 2007
25
                                            _____
26                                          JUDGE OF THE UNITED STATES
                                            DISTRICT COURT – NORTHERN
27                                          DISTRICT – SAN JOSE DIVISION
28

                                        - 2 -
        STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER