| | |
|---|---|
| 1 | CALVIN E. DAVIS (SBN: 101640) |
|   | GORDON & REES LLP |
| 2 | 633 West Fifth Street, Suite 4900 |
|   | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 576-5000 |
|   | Facsimile: (213) 680-4470 |
| 4 | CONSTANTINE M. PANAGOTACOS (SBN: 238557) |
|   | GORDON & REES LLP |
| 5 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 986-5900 |
| 7 | Facsimile: (415) 986-8054 |
|   | Attorneys for Plaintiffs |
| 8 | CENTURY 21 REAL ESTATE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| CENTURY 21 REAL ESTATE LLC, a limited liability company, formerly known as CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, | ) ) ) ) | CASE NO. CV-07-03154 SI  **REQUEST FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SAKHAWAT JAFFREY, individually and doing business as CENTURY 21 TODAY REALTY, | ) ) ) | |
| Defendant. | ) ) | Complaint Filed: June 14, 2007 |

The undersigned, counsel of record for plaintiff, Century 21 Real Estate LLC, a limited liability company, formerly known as Century 21 Real Estate Corporation, pursuant to and subject to the Settlement Agreement And Mutual Release executed by the parties, requests that the Court dismiss this action in its entirety, with prejudice.

Dated: NOV. 29, 2007

By: _____
SAKHAWAT JAFFREY
In Propria Persona

Dated: November __, GORDON & REES LLP

By: _____
CONSTANTINE M. PANAGOTACOS
Attorneys for Plaintiffs
CENTURY 21 REAL ESTATE LLC

*IT IS SO ORDERED*
*Judge Susan Illston*

REQUEST FOR DISMISSAL WITH PREJUDICE                                    CASE NO. CV-07-03154 SI

## PROOF OF SERVICE
CENTURY 21 REAL ESTATE LLC v. SAKHAWAT JAFFERY AKA JEFF SAKS
U.S. DISTRICT COURT, CALIFORNIA NORTHERN DISTRICT (SAN JOSE DIVISION)
CIVIL CASE NO. 07-CV-03154-SI

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date set forth below, I served the within documents:

### REQUEST FOR DISMISSAL WITH PREJUDICE

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

*Plaintiff in Propria Persona:*
Mr. Sakhawat Jaffrey
2075 De La Cruz Boulevard
Santa Clara, California 95050

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 29, 2007** at San Francisco, California.

Mauricio Calderón

PROOF OF SERVICE